UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE LEE,<br>Plaintiff,<br>v.<br>DEPARTMENT OF THE TREASURY, et al.,<br>Defendants. | Case No. 26-cv-07980-AGT<br><br>**ORDER TO RETRIEVE SILVER COIN** |

When Plaintiff June Lee filed this action in person at the Clerk's Office on July 31, 2026, she turned over a .999% 1oz silver coin with her complaint. *See* Dkt. 1 at 6 (image of coin). The Clerk's Office doesn't need the coin and isn't responsible for storing it. The Court accordingly orders Plaintiff Lee to retrieve the silver coin by August 28, 2026. If she doesn't retrieve the coin by then, the Clerk's Office may destroy or give away the coin.

**IT IS SO ORDERED.**

Dated: August 11, 2026

Alex G. Tse
United States Magistrate Judge