UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE LEE,<br>Plaintiff,<br>v.<br>DEPARTMENT OF THE TREASURY, et al.,<br>Defendants. | Case No. 26-cv-07980-AGT<br><br>**ORDER TO SHOW CAUSE** |

More than 90 days have passed since June Lee filed her complaint, and she hasn't served the Department of the Treasury or the Internal Revenue Service (collectively, "Defendants") with process. Although she filed proofs of service in September 2026 (dkts. 8, 9), those filings reveal only that Lee tried to mail something to both agencies. She hasn't proven that she mailed them copies of the summons and complaint, or that she served the United States, as she must do to serve a United States agency. *See* Fed. R. Civ. P. 4(i)(2).

On November 20, 2026, Lee didn't attend the initial case management conference, which was held remotely by Zoom. Dkt. 14. On October 23, 2026, the Court mailed a Clerk's Notice regarding the initial case management conference to Lee at the address she provided

when she initiated this action, 460 Francisco Street, Unit 20, San Francisco, CA, 94133. On November 2, 2026, the mail was returned as undeliverable. Dkt. 13. "An attorney or a party proceeding pro se whose address changes while an action is pending must promptly file with the Court . . . a Notice of Change of Address specifying the new address." Civil L.R. 3-11(a). "The Court may, without prejudice, dismiss a complaint . . . when: (1) Mail directed to the attorney or pro se party by the Court has been returned to the Court as not deliverable; and (2) The Court fails to receive within 60 days of this return a written communication from the attorney or pro se party indicating a current address." Civil L.R. 3-11(b).

By January 4, 2027, Lee must provide the Court with her current address, show cause for why her case shouldn't be dismissed for failure to prosecute, and either serve Defendants with process or explain why she needs more time to do so. If Lee doesn't comply with this order, the undersigned will recommend that a district judge dismiss her case without prejudice for failure to prosecute, for not timely effecting service, and for not updating her address. *See* Fed. R. Civ. P. 41(b); Fed. R. Civ. P. 4(m); Civil L.R. 3-11(b).

**IT IS SO ORDERED.**

Dated: November 23, 2026

Alex G. Tse
United States Magistrate Judge